# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAWANNA MILLEDGE<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 20-6559 |

## ORDER

**AND NOW, TO WIT:** This 8th day of April, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** s/ Amanda Frazier
Amanda Frazier
Deputy Clerk

O:\CIVIL 20\20-6559 MILLEDGE V RELIANCE INS\20CV6559 41B ORDER.DOCX